1

2

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

| KENNETH R. HOLLAND, | Case No. 1:14-CV-00143-SMS |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | |

11

12          By motion filed February 3, 2014, Plaintiff Kenneth R. Holland seeks to proceed *in forma*

13  *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

14  1915(a).

15          Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*.  The Clerk

16  of Court is directed to issue new case documents and the summons.  Plaintiff's attorney is directed to

17  serve Defendant.

18          IT IS SO ORDERED.

19

20  DATED:  2/6/2014                                    /s/ SANDRA M. SNYDER
                                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

1